UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TONYA DAVENPORT and KARI LYNN UPSHAW, | ) ) ) Jury Demanded ) ) Civil Action No. 1:12-cv-299 ) ) Collier/Lee ) ) ) |
| Plaintiffs, | |
| v. | |
| ATCO INDUSTRIES, INC. | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a), the parties submit this Joint Stipulation of Dismissal with Prejudice and request that the Court dismiss this action with prejudice. Each party agrees to bear its own costs and expenses.

Dated this 13th day of August, 2013.

BURNETTE, DOBSON & PINCHAK

By:  s/ Doug S. Hamill
    Doug S. Hamill, BPR No. 22825
    *Counsel for Plaintiffs*
    711 Cherry Street
    Chattanooga, TN 37402
    (423) 266-2121

LEWIS, KING, KRIEG & WALDROP, P.C.

By:  s/ Samuel L. Jackson
    Samuel L. Jackson, BPR No. 21541
    *Counsel for Defendant*
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    (615) 259-1359